UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00499-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ANDREY SHAMIN
        a/k/a Andrei Shamin, and
2.     **VLADIMIR SEDYKH,**

        Defendants.

_____

## ORDER CONCERNING NOTICE OF DISPOSITION
_____

THIS MATTER comes before the Court on a document filed by Defendant, Vladimir Sedykh, entitled Notice of Disposition **(#28).** It states that the Defendant has reached a "tentative disposition" and that the Defendant requests that all pre-trial deadlines be stayed until the parties advise the Court on March 8, 2005, as to the terms of the anticipated disposition.

A "tentative disposition" is not a disposition. Because no disposition has been reached, no cause has been shown to stay pre-trial deadlines. If, and when, a final disposition is reached and proper notice is given, the trial and all pre-trial obligations automatically will be vacated.

IT IS THEREFORE ORDERED that the request that all deadlines set in the Setting and Trial Preparation Order be vacated is DENIED.

DATED this 24th day of February 2006.

                                          **BY THE COURT:**

*Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge