IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-499-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    ANDREY SHAMIN, and
2.    VLADIMIR SEDYKH,

        Defendant.

## ORDER ON JOINT MOTION TO VACATE PRE-TRIAL DEADLINES

The Court, having considered the Parties' Joint Motion to Vacate Pre-Trial Deadlines **(#30)**,

**ORDERS** that:

(1)    The motion **(#30)** is **GRANTED IN PART** and **DENIED IN PART**.

(2)    The deadline for filing motions to suppress is extended to **March 17, 2006.**

(3)    The motions hearing set for **March 7, 2006** at **4:00 p.m.** is **VACATED** and **RESET** to **March 21, 2006** at **4:00 p.m.**

(4)    The Government will file its Motion to Dismiss the Indictment, if any, no later

than **March 15, 2006**.

Dated this 27th day of February, 2006

            **BY THE COURT:**

            */s/ Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge